PROB 12C
(7/93)

Report Date: October 6, 2015

# United States District Court

for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

OCT 06 2015

SEAN F. McAVOY, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Harold Buck Emick                Case Number: 0980 2:07CR00157-LRS-1

Address of Offender: ███████████████ Spokane, Washington 99202

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: July 2, 2008

Original Offense:   Felon in Possession of a Firearm and Ammunition, 18 U.S.C. §§ 922(g)(1) and 924; Possession with the Intent to Distribute 50 Grams or More of a Mixture or Substance Containing Methamphetamine, 21 U.S.C. § 841(a)(1), (b)(1)(B)(vii)

Original Sentence:  Prison 94 months;                Type of Supervision: Supervised Release
                    TSR - 48 months

Asst. U.S. Attorney:  Aine Ahmed                     Date Supervision Commenced: March 27, 2015

Defense Attorney:     Federal Public Defender        Date Supervision Expires: March 26, 2019

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 2:** The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month.<br><br>**Supporting Evidence**: As of October 6, 2015, Mr. Emick has not reported to U.S. probation as required to submit his monthly report. |
| 2 | **Standard Condition # 6:** The defendant shall notify the probation officer at least ten days prior to any change in residence or employment<br><br>**Supporting Evidence**: On October 6, 2015, the undersigned officer, while attempting to locate Mr. Emick, received a text message from Mr. Emick's wife stating that she had kicked Mr. Emick out several days ago and was unaware of his current location. Mr. Emick has not contacted the undersigned officer to report this change of residence. |

Prob12C
**Re: Emick, Harold Buck**
October 6, 2015
Page 2

| | |
|---|---|
| 3 | **Standard Condition # 3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer. |
| 4 | **Special Condition # 16**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: In an effort to keep Mr. Emick employed, he had previously been approved by the undersigned officer to work in Pullman, Washington. The undersigned officer agreed to a degree of flexibility in regard to reporting requirements, and urinalysis testing to make this employment possible for Mr. Emick and his family.

On September 29, 2015, after learning that Mr. Emick missed another random urinalysis, a phone call was placed to both Mr. Emick and his wife. The offender's wife contacted the undersigned officer on September 30, 2015, stating that Mr. Emick was again in Pullman working and would report on Friday (October 2, 2015) to address the missed appointment. Mr. Emick failed to report on Friday. Calls were again placed to Mr. and Ms. Emick on Monday, October 5, 2015, and again on Tuesday, October 6, 2015, in an attempt to address the missed appointment.

On October 6, 2015, the undersigned officer contacted Mr. Emick's employer to inquire about his status with the company. The undersigned officer learned that Mr. Emick's employer had not heard from, or seen Mr. Emick in approximately 2 weeks, and further stated that his company had not been working in Pullman since early summer.

Mr. Emick missed a total of nine scheduled random urinalysis appointments between July 1 and October 5, 2015, using work in Pullman as justification.

On October 6, 2015, the undersigned officer received notification from Ms. Emick that the offender had been kicked out of the residence several days ago, and she was unaware of his current location. Mr. Emick's whereabouts are currently unknown.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  October 6, 2015

s/ Chris Heinen

Chris Heinen
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

_____
Signature of Judicial Officer

10/6/15
Date