PROB 12C
(7/93)

Report Date: April 19, 2016

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

APR 20 2016

SEAN F. McAVOY, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Harold Buck Emick                Case Number: 0980 2:07CR00157-LRS-1

Address of Offender: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Spokane, Washington 99202

Name of Sentencing Judicial Officer:  The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: July 2, 2008

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of a Firearm and Ammunition, 18 U.S.C. §§ 922(g)(1) and 924; Possession with the Intent to Distribute 50 Grams or More of a Mixture or Substance Containing Methamphetamine, 21 U.S.C. § 841(a)(1), (b)(1)(B)(viii) | |
| Original Sentence: | Prison - 94 months; TSR - 48 months | Type of Supervision: Supervised Release |
| Revocation Sentence: | Prison - 3 months; TSR - 45 months | |
| Asst. U.S. Attorney: | Aine Ahmed | Date Supervision Commenced: March 3, 2016 |
| Defense Attorney: | Federal Public Defender | Date Supervision Expires: December 2, 2019 |

## PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 15**: Upon release from custody, you shall participate in an inpatient drug treatment program for a period of up to 90 days at the Cascade Heights Recovery Center. You shall abide by the rules and requirements of the facility. |
| | **Supporting Evidence**: On April 18, 2016, the undersigned officer received notification from Cascade Heights Recovery Center that Mr. Emick was being unsuccessfully discharged from inpatient treatment due to his continued poor attitude and demeanor, both in regard to the treatment services being provided and in regard to how Mr. Emick interacted with staff. |

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation contained in this petition.

Prob12C
**Re: Emick, Harold Buck**
**April 19, 2016**
**Page 2**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   April 19, 2016

s/ Chris Heinen

Chris Heinen
U.S. Probation Officer

---

## THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

4/20/16
Date