PROB 12C
(7/93)

Report Date: April 29, 2016

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

APR 29 2016

SEAN F. McAVOY, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Harold Buck Emick              Case Number: 0980 2:07CR00157-LRS-1

Address of Offender: ███████████████████  Spokane, Washington 99202

Name of Sentencing Judicial Officer:  The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: July 2, 2008

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of a Firearm and Ammunition, 18 U.S.C. §§ 922(g)(1) and 924; Possession with the Intent to Distribute 50 Grams or More of a Mixture or Substance Containing Methamphetamine, 21 U.S.C. § 841(a)(1), (b)(1)(B)(viii) | |
| Original Sentence: | Prison 94 months; TSR - 48 months | Type of Supervision: Supervised Release |
| Revocation Sentence: | Prison - 3 months; TSR - 45 months | |
| Asst. U.S. Attorney: | Aine Ahmed | Date Supervision Commenced: March 3, 2016 |
| Defense Attorney: | Federal Public Defender | Date Supervision Expires: December 2, 2019 |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 04/19/2016.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Mandatory Condition # 4**: The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer. |

**Supporting Evidence**: On Sunday April 24, 2016, the undersigned officer received a text message from Mr. Emick indicating that he was having a "rough time." Mr. Emick indicated that he was planning to report the following day to U.S. Probation to further discuss his circumstances.

On Monday April 25, 2016, Mr. Emick and his wife reported to U.S. Probation. During the discussion, Mr. Emick admitted to recently running into a previous acquaintance at a gas station in proximity to his residence, who was known to Mr. Emick to have possessed methamphetamine in the past. Mr. Emick indicated that he did acquire some of the substance

from the contact, and later used the product at his residence. Mr. Emick signed a drug use admission form documenting his use of methamphetamine on April 22, 2016.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: April 29, 2016

s/ Chris Heinen

Chris Heinen
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

4/29/16
Date