PROB 12C
(7/93)

Report Date: May 11, 2016

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAY 11 2016

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Harold Buck Emick          Case Number: 0980 2:07CR00157-LRS-1

Address of Offender: ▌▌▌▌▌ ▌▌▌▌▌ ▌▌▌ Spokane, Washington 99202

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: July 2, 2008

| | |
|---|---|
| Original Offense: | Felon in Possession of a Firearm and Ammunition, 18 U.S.C. §§ 922(g)(1) and 924; Possession with the Intent to Distribute 50 Grams or More of a Mixture or Substance Containing Methamphetamine, 21 U.S.C. § 841(a)(1), (b)(1)(B)(viii) |
| Original Sentence: | Prison - 94 months; TSR - 48 months |
| Revocation Sentence: | Prison - 3 months; TSR - 45 months |

Type of Supervision: Supervised Release

| | |
|---|---|
| Asst. U.S. Attorney: | Aine Ahmed |
| Defense Attorney: | Federal Public Defender |

Date Supervision Commenced: March 3, 2016

Date Supervision Expires: December 2, 2019

## PETITIONING THE COURT

**To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 04/19/2016 and 04/29/2016.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Mandatory Condition # 4**: The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer. |
| | **Supporting Evidence**: On May 9, 2016, the undersigned officer received notification from Mr. Emick's assigned chemical dependency counselor at Colonial Clinic that Mr. Emick had admitted to using methamphetamine on or about Thursday, May 5, 2016. |
| | On May 10, 2016, the undersigned officer placed a call to Mr. Emick who admitted the use, but indicated that he had relapsed on Friday May 6, 2016. Mr. Emick reported to U.S. Probation on Wednesday, May 11, 2016, and signed a drug use admission form documenting his use of methamphetamine on Friday May 6, 2016. |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: May 11, 2016

s/ Chris Heinen

Chris Heinen
U.S. Probation Officer

## THE COURT ORDERS

- [ ] No Action
- [ ] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [x] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [x] Defendant to appear before the Magistrate Judge.
- [ ] Other

Signature of Judicial Officer

5/11/16
Date