PROB 12C
(7/93)

Report Date: June 1, 2016

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUN 0 1 2016

SEAN F. McAVOY, CLERK
                        DEPUTY
YAKIMA, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Harold Buck Emick          Case Number: 0980 2:07CR00157-LRS-1

Address of Offender: ███████████████  Spokane, Washington 99202

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: July 2, 2008

| | |
|---|---|
| Original Offense: | Felon in Possession of a Firearm and Ammunition, 18 U.S.C. §§ 922(g)(1) and 924; Possession with the Intent to Distribute 50 Grams or More of a Mixture or Substance Containing Methamphetamine, 21 U.S.C. § 841(a)(1), (b)(1)(B)(viii) |
| Original Sentence: | Prison - 94 months; TSR - 48 months |
| Revocation Sentence | Prison - 3 months; TSR - 45 months |

Type of Supervision: Supervised Release

| | | | |
|---|---|---|---|
| Asst. U.S. Attorney: | Aine Ahmed | Date Supervision Commenced: | March 3, 2016 |
| Defense Attorney: | John Stephen Roberts, Jr. | Date Supervision Expires: | December 2, 2019 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 04/19/2016, 04/29/2016 and 05/11/2016, and to request a **WARRANT**.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Mandatory Condition # 4**: The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer. |
| | **Supporting Evidence**: On May 24, 2016, the undersigned officer was able to contact Mr. Emick and his wife at Sacred Heart Hospital, where he was seeking mental health assistance. Mr. Emick admitted to using methamphetamine numerous times over the last week in an attempt to self-medicate and address his mental health issues. Mr. Emick indicated that he was unaware of how many times he had used the illicit substance. On May 25, 2016, Mr. Emick reported to U.S. Probation as directed, and signed a drug use admission form documenting his most recent use of methamphetamine on May 24, 2016. |

5  **Standard Condition # 3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.

**Supporting Evidence**: On May 25, 2016, Mr. Emick and his wife reported to U.S. Probation. As a part of the meeting, Mr. Emick was directed to begin calling the undersigned officer daily, excluding weekends, to report his progress and status regarding treatment. Mr. Emick agreed to do so. He was again reminded of his requirement to call the undersigned officer daily during a phone call on May 27, 2016. Mr. Emick was additionally directed to contact the undersigned officer if he became enrolled in any type of inpatient treatment. He failed to contact the undersigned officer on May 31, 2016, as directed.

6  **Special Condition # 16**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: On May 20, 2016, the undersigned officer received notification from Alcohol Drug Education Prevention and Treatment (ADEPT) that Mr. Emick had missed his random urinalysis test previously scheduled for May 19, 2016.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   June 1, 2016

s/ Chris Heinen

Chris Heinen
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.

Signature of Judicial Officer

6/1/16
Date