UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>HAROLD BUCK EMICK,<br><br>Defendant. | No. 2:07-CR-0157-RMP-1<br><br>ORDER GRANTING MOTION AND SETTING CONDITIONS OF RELEASE<br><br>☒   Motion Granted<br>    **(ECF No. 118)**<br><br>☒   Action Required |

Date of Motion hearing: 06/13/2016

On this date the Court heard Defendant's Motion to Reconsider Order of Detention, ECF 118. The court considered the argument of Assistant Federal Defender John Stephen Roberts, Jr. and Assistant United States Attorney Aine Ahmed, and also considered the proffered letter from Kootenai Health dated June 13, 2016.

**IT IS ORDERED** that the release of the Defendant is subject to the following:

Defendant is released at 6:30 a.m. on Thursday June 16, 2016, on condition he is released to a United States Probation Officer or a responsible person designated by United States Probation,

And on further condition that prior to release, Defendant shall provide waivers of confidentiality permitting the United States Probation Office and

ORDER GRANTING MOTION AND SETTING CONDITIONS OF RELEASE - 1

the treatment provider to exchange without qualification, in any form and at any time, any and all information or records related to Defendant's conditions of release and supervision, and evaluation, treatment and performance in the Kootenai Health substance / mental health program,

And on the further condition that Defendant proceed directly from his place of confinement to the Kootenai Medical Center and there enter and remain in the Chemical Dependency Unit until discharged,

And on the further condition that Defendant provide a urine sample to United States Probation on this date,

And on the further condition that Defendant return to the United States Marshal's custody at the conclusion of the Kootenai Health program, absent further order of the court,

And on the further condition that Defendant comply with all conditions of Supervised Release and appear for any scheduled hearings.

The United States Probation Office is directed to advise the Court no sooner than 5 days prior to Defendant's scheduled completion of the Kootenai Health program, and opine on the propriety of continued release and any appropriate residence.

///

///

ORDER GRANTING MOTION AND SETTING CONDITIONS OF RELEASE - 2

1  A supervised release revocation hearing will be set before Judge Peterson, at
2  a later date.
3  DATED June 13, 2016.



 _____
 JOHN T. RODGERS
 UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING MOTION AND SETTING CONDITIONS OF RELEASE - 3