UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 15, 2016

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Emick, Harold Buck | Docket No. | 0980 2:07CR00157-RMP-1 |
|---|---|---|---|

**Petition for Action on Conditions of Pretrial Release**

     COMES NOW Chris Heinen, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Harold Buck Emick, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers sitting in the court at Spokane, Washington, on the 13th day of June, 2016, under the following condition:

Defendant shall return to the United States Marshal's custody at the conclusion of the Kootenai Health program, absent further order of the Court.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** The defendant failed to return to the custody of the U.S. Marshals Service, or make proper notification regarding his release from Kootenai Medical Center on July 13, 2016, to arrange for his return to custody as required.

PRAYING THAT THE COURT WILL ORDER A WARRANT

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: July 15, 2016

by s/Jeremy Tracy

Jeremy Tracy
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.

*M. K. Dimke*

Signature of Judicial Officer

7/15/2016

Date