Report Date: August 30, 2019

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 30, 2019

SEAN F. MCAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | | |
|---|---|---|
| Name of Offender: Harold Buck Emick | | Case Number: 0980 2:07CR00157-RMP-1 |
| Address of Offender: | | Spokane, Washington 99217 |

Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, U. S. District Judge

Date of Original Sentence: July 2, 2008

| | |
|---|---|
| Original Offense: | Felon in Possession of a Firearm and Ammunition, 18 U.S.C. §§ 922(g)(1) and 924; Possession with the Intent to Distribute 50 Grams or More of a Mixture or Substance Containing Methamphetamine, 21 U.S.C. § 841(a)(1), (b)(1)(B)(viii) |
| Original Sentence: | Prison - 94 months    Type of Supervision: Supervised Release
TSR - 48 months |
| Revocation Sentence:
(December 15, 2015) | Prison - 3 months
TSR - 45 months |
| Revocation Sentence:
(November 9, 2016) | Prison - 19 days
TSR- Life |
| Revocation Sentence:
(January 13, 2017) | Prison - 12 months
TSR - 48 months |
| Asst. U.S. Attorney: James A. Goeke | Date Supervision Commenced: December 19, 2017 |
| Defense Attorney: Federal Defender's Office | Date Supervision Expires: December 18, 2021 |

## PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 5**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Between the approximate dates of July 7 and August 22, 2019, Mr. Emick has violated his conditions of supervised release by using marijuana. |

On December 21, 2017, Mr. Emick signed his conditions of supervised release acknowledging his understanding of his conditions of supervision including special condition number 5, prohibiting him from using marijuana.

On July 11, 2019, the undersigned officer had a conversation with Mr. Emick over the telephone and he admitted to using marijuana on or about July 7, 2019.

On August 23, 2019, Mr. Emick reported to the probation office and a random urinalysis test was requested. Mr. Emick admitted to using marijuana on a consistent basis since July 7, 2019. Mr. Emick reported his last marijuana use was on August 22, 2019. He signed a drug use admission form.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 08/30/2019

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

8/30/2019

Date